| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-09467-AG-KS | Date | November 7, 2019 |
| Title | Amy Lyford v. Prudential Insurance Company of America et al | | |

PRESENT:

### HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig/Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present    None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD**

On November 7, 2019, counsel for Plaintiff filed a "Notice of Settlement". The Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown, to reopen the action if settlement is not consummated. Counsel shall file settlement documents and/or a dismissal with this Court by January 6, 2020. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action. All hearing dates and deadlines in this matter are ordered VACATED.

                                                                           - : -

                                     Initials of Deputy Clerk    mku/rrp

cc: