# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| AMY LYFORD, | Case No. 2:18-CV-09467-AG (KS) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1-10, inclusive, | Judge: Hon. Andrew J. Guilford |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-09467-AG-(KSx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: December 30, 2019

Hon. Andrew J. Guilford
United States District Court Judge

172408.1